UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
FAGAN, et al,                           :
               PLAINTIFF,       :   CIVIL ACTION
                                        :   07-CV-10293(UA)
  - vs -                                :
                                        :   (action removed
                                        :   Nov. 13, 2007 from
LOWY, et al,                            :   NY Supreme Court)
                                        :
               DEFENDANTS.      :
------------------------------------------------------------X

================================================================
**NOTICE OF APPEARANCE**
================================================================

To the Clerk of this Court and all parties of record:

Kindly enter or re-enter (as the case may be) my appearance as a Pro Se Litigant in the above referenced matter.

Dated: November 26, 2007
       New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.
5 Penn Plaza, 23rd Floor
New York, NY 10001
Tel. (646) 378-2225
Fax (646) 417-5558
Plaintiff
Email: faganlawintl@aim.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing

**NOVEMBER 26, 2007 NOTICE OF APPEARANCE**

to be electronically filed with the Clerk of the Court and electronically served upon all counsel of record.

Dated: November 26, 2007  /s/ Edward D. Fagan (electronically signed)
New York, NY  Edward D. Fagan Esq.

2