UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
Edward D. Fagan,                                           :
                                  Plaintiff,               :    07-cv-10293 (UA)
                                                           :
       - v -                                               :
                                                           :
James F. Lowy et al                                        :
                                  Defendants               :
----------------------------------------------------------X

=====================================================================
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) (1)**
=====================================================================

Plaintiff Edward D. Fagan, in accordance with the provisions of FRCP 41 (a) (1) and prior to Defendants' filing and/or serving of an answer, motion for summary judgment or other responsive pleading, hereby voluntarily dismisses the above action, without prejudice, against all defendants.

Dated: 25 January 2008
       New York, NY
                       _____
                       Edward D. Fagan
                       Five Penn Plaza, 23rd Floor, New York, NY 10001
                       Tel # (646) 378-2225 / Fax # (646) 304-6446
                       Email: ed.fagan@global-litigation-group.com
                       Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a)**

to be electronically filed with the Clerk of the Court and served upon counsel of record.

Dated:  25 January 2008
        New York, NY

/s/ Edward D. Fagan (electronically signed)
Edward D. Fagan, Esq.