```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
═══════════════════════════════════ X

    **EDWARD D. FAGAN, ESQ.,**
               **Plaintiffs,**                      07-CV -10293(SAS)

                  **vs.**

    **JAMES F. LOWY, ESQ., INTERNATIONAL**
    **LAW GROUP, LLC, FLORIDA LAW GROUP,**
    **LLC, et Al., ROBERT J. HANTMAN, ESQ., et**
    **Al.,**
               **Defendants.**
═══════════════════════════════════ X

## CERTIFICATE OF SERVICE

I hereby certify that,

1. At 2:28 PM, on January 25, 2007, I caused to be served by Facsimile Transmission, to plaintiff <u>pro se</u> Edward D. Fagan, Esq., at 646-304-6446, and Robert J. Hantman, Esq., attorney for defendant Hantman and Hantman, Associates at 212-755-1989, the Order to Show Cause entered by the Hon. Lewis A. Kaplan, U.S.D.J., in the within matter on January 25, 2008.

2. At 3:23 PM, on January 25, 2007, I caused to be served by email to plaintiff <u>pro se</u> Edward D. Fagan, Esq., at <u>ed.fagan@global-litigation-group.com</u> and Robert J. Hantman, Esq., attorney for defendant Hantman and Hantman, Associates at <u>hantmanr@aol.com,</u> as Adobe Acrobat ("pdf" files") the following:

    (a) the Order to Show Cause entered by the Hon. Lewis A. Kaplan, U.S.D.J., in the within matter on January 25, 2008;

    (b) Memorandum of Law in support of Order to Show Cause;

    (c) Affidavit in Support of James L. Lowy, Esq., with Exhibits 1-7

    (d) Declaration in support of Michael R. Perle, with Exhibits A-P

3. On January 25, I further caused each of the following documents "a" through "d" to be electronically filed with the Clerk of the Court.

4. Mr. Hantman consented to waive service by mail

Dated:   January 28, 2008
              New York, NY

                                                      /s/ Michael R. Perle (electronic signature)
                                                            MICHAEL R. PERLE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────── X

**EDWARD D. FAGAN, ESQ.,**
           Plaintiffs,

       vs.

**JAMES F. LOWY, ESQ., INTERNATIONAL
LAW GROUP, LLC, FLORIDA LAW GROUP,
LLC, et Al., ROBERT J. HANTMAN, ESQ., et
Al.,**
           Defendants.

─────────────────────────────── X

07-CV -10293(SAS)

## CERTIFICATE OF SERVICE

I hereby certify that,

1. At 2:28 PM, on January 25, 2007, I caused to be served by Facsimile Transmission, to plaintiff pro se Edward D. Fagan, Esq., at 646-304-6446, and Robert J. Hantman, Esq., attorney for defendant Hantman and Hantman, Associates at 212-755-1989, the Order to Show Cause entered by the Hon. Lewis A. Kaplan, U.S.D.J., in the within matter on January 25, 2008.

2. At 3:23 PM, on January 25, 2007, I caused to be served by email to plaintiff pro se Edward D. Fagan, Esq., at ed.fagan@global-litigation-group.com and Robert J. Hantman, Esq., attorney for defendant Hantman and Hantman, Associates at hantmanr@aol.com, as Adobe Acrobat ("pdf" files") the following:

   (a) the Order to Show Cause entered by the Hon. Lewis A. Kaplan, U.S.D.J., in the within matter on January 25, 2008;

   (b) Memorandum of Law in support of Order to Show Cause;

   (c) Affidavit in Support of James L. Lowy, Esq., with Exhibits 1-7

   (d) Declaration in support of Michael R. Perle, with Exhibits A-P

3. On January 25, I further caused each of the following documents "a" through "d" to be electronically filed with the Clerk of the Court.

4. Mr. Hantman consented to waive service by mail

Dated:  January 28, 2008
         New York, NY

                                          /s/ Michael R. Perle (electronic signature)
                                            MICHAEL R. PERLE