USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
Edward D. Fagan,                               :
                          Plaintiff,           :          07-cv-10293 (UA)
                                               :
     - v -                                     :
                                               :
James F. Lowy et al                            :
                          Defendants           :
-----------------------------------------------------------X

RECEIVED
JAN 2 9 2008
JUDGE KAPLAN'S CHAMBERS

============================================================
### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) (1)
============================================================

Plaintiff Edward D. Fagan, in accordance with the provisions of FRCP 41 (a) (1)

and prior to Defendants' filing and/or serving of an answer, motion for summary

judgment or other responsive pleading, hereby voluntarily dismisses the above action,

without prejudice, against all defendants.

Dated:  25 January 2008
        New York, NY

Edward D. Fagan
Five Penn Plaza, 23rd Floor, New York, NY  10001
Tel # (646) 378-2225 / Fax # (646) 304-6446
Email:  ed.fagan@global-litigation-group.com
Plaintiff

## MEMO ENDORSED

SO ORDERED

A. KAPLAN, USDJ

1